UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 8 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

United States
Plaintiff,

v.                          Case Number: 1:22-CR-00359

Tiffany Brown
Defendant.

Corrected Copy for Readability

11/8/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES )
)
    Plaintiff, )
)
vs. )
)
TIFFANY BROWN, )
)
    Defendant )
)
_____ )
)
)
. )

CRIMINAL ACTION

FILE NO: 1:22-CR-00359-
TWT-JEM-1

## **MOTION TO WITHDRAW COUNSEL**

NOW COMES Dr. Tiffany Brown, the Defendant in the above-captioned matter, and

respectfully moves this Honorable Court for an order allowing her attorneys, Allison Dawson and

Joe Austin, to withdraw as counsels of record for the following reasons:

I. Ineffective Assistance of Counsel: The attorneys of record have demonstrated

ineffective assistance, impacting the Defendant's rights. Specifically:

1. Lack of Communication: The attorneys have failed to maintain adequate and respectful

communication regarding case developments. They have made statements such as "witnesses are

not allowed" and have repeatedly referred to me as a "fraudster" and "not being smart" during

key meetings, despite having a doctorate. The most recent meeting took place on November 6,

2024. Additionally, I have experienced significant periods with no communication. I requested

new counsel in July 2023, which led to a hearing where Allison Dawson was added to my case.

Unfortunately, the situation has not improved; it has gotten worse. (See Exhibit A)

2. Failure to Prepare or Adequately Represent: The Defendant's attorneys have shown a lack of interest in providing adequate defense-only plea deals. They allowed a civil financial matter to proceed via email without taking necessary precautions. Furthermore, they did not protect me when the Plaintiff offered a mentally unstable to be a character witness. (See Exhibit B)

3. Conflict of Interest: The attorneys have close personal relationships with the Assistant U.S. Attorneys on this case, compromising their ability to provide a fair defense. For instance, the defense attorneys disclosed to the Plaintiff that my tax refund was crucial for obtaining outside counsel. Following this disclosure, my tax refund is being held up due to an audit, causing severe financial stress. (See Exhibit B)

4. Desire to Proceed with New Counsel: I wish to proceed with new counsel in this matter due to the ineffective assistance I have received thus far. I respectfully request a 90-day extension to secure appropriate legal representation. This stay will allow me to obtain new counsel who can adequately prepare my case, which is essential for a fair and just legal process. It will also allow my audit to be completed so I can obtain the necessary funding to hire the attorney of my choice.

5. Pending EEOC Formal Complaint: I have filed a formal complaint with the Equal Employment Opportunity Commission (EEOC) against the victim in this case, the Federal Emergency Management Agency (FEMA), due to recently discovered information in preparation for trial on August 15, 2024. This complaint addresses whether this is an instance of gender discrimination related to this case. If this is the case, the contracting officer in this case and I were both victims (See attached complaint NRTF-HS-FEMA-02567-2024 in Exhibit C.)

6. Venue: I am a former Federal Employee at the Government Accountability Office in 2004-2005 and was an ongoing Government Contractor with the Federal Emergency Management Agency (FEMA) from 2013 to 2017. During this timeframe, I held four contracts: HSFE7017RMARIAMEALS, HSFE70-13-R-0046, HSFE70-13-R-0048, and HSFE70-13-R-0049. The indictment does not specify that I was an ongoing contractor at the time of this incident. I am unsure if this is the proper venue for this situation, and due to the complexity of the case, I need further insight from new counsel.

Notification to Counsel: This motion has been served upon Allison Dawson and Joe Austin, providing them notice of this request.

In the words of Shirley Chisholm, the first Black woman to run for the Democratic Party's presidential nomination: "It is obvious that discrimination exists. Women do not have the opportunities that men do. And women that do not conform to the system, who try to break with the accepted patterns, are stigmatized as odd and unfeminine." [1] I request the time and space necessary to obtain counsel who is willing to seek justice on my behalf during this time of need.

Relief Sought:

WHEREFORE, the Defendant seeks the following relief:

a) Grant this Motion to Withdraw Counsel.

b) An automatic stay for 90 days to allow time to find appropriate counsel.

c) An automatic stay on this case until the EEOC Complaint is addressed.

d) Any further relief the Court deems just and proper.

---

[1]

Chisholm, Shirley. *Unbought and Unbossed: Expanded 40th Anniversary Edition.* Take Root Media, 2010.

Respectfully submitted,

Dr. Tiffany Brown
Defendant
958 Rittenhouse Way
Atlanta, GA 30308
t.brown@tributecontracting.com
Telephone Number: 678-913-7787

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 8 2024

KEVIN P. WEIMER, Clerk
By: _MMA_ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL ACTION |
| Plaintiff, | ) | FILE NO: 1:22-CR-00359-TWT-JEM-1 |
| vs. | ) | |
| TIFFANY BROWN, | ) | |
| Defendant | ) | |
| | ) | |

## Certificate of Service

I, the undersigned Defendant pro-sec hereby certify that I am, and at all times hereinafter

mentioned, was more than 18 years of age, and that on the 7th day of November 2024 filed and emailed

the Motion to Withdraw Counsel.

Federal Public Defenders Office
Allison Dawson and Joe Austin
101 Marietta St NW # 1500
Atlanta, GA 30303

Northern District of Georgia US Attorney's Office
Jessica Morris and Alex Sistla
75 Ted Turner Dr. SW #600,
Atlanta, GA 30303

Dated: 11/7/2024  Respectfully Submitted,

_____

Tiffany Brown, Defendant prose
958 Rittenhouse Way SE
Atlanta, GA 30316
678-913-7787

# Exhibit A

**From:** Dr. Tiffany Brown
**Sent:** Friday, August 18, 2023 2:53 PM
**To:** Joe Austin <Joe_Austin@fd.org>
**Cc:** Kinnetta_Hamilton@ganp.uscourts.gov
**Subject:** Clarification

Joe,

Let me clarify. When we met on August 11th after the attorney conflict hearing outside of the judge's chamber, I wanted to approach the judge for approval of Paris Business Travel. Instead, you recommended I seek to obtain my passport first and then we would do a motion.

This has caused a whirlwind of issues with the PO Kinnetta Hamilton because the process you recommended was not the process I was supposed to follow.

Please confirm our conversation as stated here.

Thanks

Tiffany Brown

**From:** Joe Austin <Joe_Austin@fd.org>
**Sent:** Monday, August 7, 2023 12:58 PM
**To:** Dr. Tiffany Brown <t.brown@tributecontracting.com>
**Subject:** RE: Meeting

Okay, the judge set it for Thursday, August 10th, at 11:00 AM. We'll be in front of Judge McBath, but she'll be sitting in the courtroom of Judge Bly, room 2008 on the 20th floor of

the federal courthouse at 75 Ted Turner Dr. SW. Please plan to arrive ten minutes before the hearing so you and I can talk before we go in.

Joe Austin

Staff Attorney
Federal Defender Program, Inc.
101 Marietta Street, NW, Suite 1500
Atlanta, Georgia 30303
Office: (404) 688-7530
Fax: (404) 688-0768

Joe_Austin@fd.org

**From:** Dr. Tiffany Brown <t.brown@tributecontracting.com>
**Sent:** Monday, August 7, 2023 11:46 AM
**To:** Joe Austin <Joe_Austin@fd.org>
**Subject:** RE: Meeting

11 am on Thursday. August 10th works for me.

Tiffany

Sent from my T-Mobile 5G Device

-------- Original message --------

From: Joe Austin <Joe_Austin@fd.org>

Date: 8/7/23 11:44 AM (GMT-05:00)

To: "Dr. Tiffany Brown" <t.brown@tributecontracting.com>

Subject: RE: Meeting


The judge would like to hold an in-person hearing this week on your request. The times the judge has offered that I'm also available are Wednesday from 10:00 to 1:00 and Thursday from 10:00 to 1:30 and 3:00 to 4:00. Can you tell me a time in there that will work for you, if you can do this week? FYI, the prosecutors won't be present, which is typical for these new counsel hearings.


Joe Austin

Staff Attorney
Federal Defender Program, Inc.
101 Marietta Street, NW, Suite 1500
Atlanta, Georgia 30303
Office: (404) 688-7530
Fax: (404) 688-0768

Joe_Austin@fd.org


**From:** Dr. Tiffany Brown <t.brown@tributecontracting.com>
**Sent:** Thursday, July 27, 2023 1:21 PM
**To:** Joe Austin <Joe_Austin@fd.org>
**Subject:** RE: Meeting


Joe,


Yes please ask for a hearing and let me know the next steps.


Tiffany


Sent from my T-Mobile 5G Device

-------- Original message --------

From: Joe Austin <Joe_Austin@fd.org>

Date: 7/27/23 1:01 PM (GMT-05:00)

To: "Dr. Tiffany Brown" <t.brown@tributecontracting.com>

Subject: RE: Meeting


If you want I can contact the judge and ask whether she'll appoint someone new to represent you. In general, judges will only do that if they believe there's no way an attorney and their client will be able to work together effectively, rather than due to issues and disagreements that may be able to be smoothed over with some time and effort. Do you want me to request a hearing from the judge, or would you like to talk with me on the phone or in person first to see if we can get back on the same page for me to work to help you?


Joe Austin

Staff Attorney
Federal Defender Program, Inc.
101 Marietta Street, NW, Suite 1500
Atlanta, Georgia 30303
Office: (404) 688-7530
Fax: (404) 688-0768

Joe_Austin@fd.org


**From:** Dr. Tiffany Brown <t.brown@tributecontracting.com>
**Sent:** Thursday, July 27, 2023 12:31 PM
**To:** Joe Austin <Joe_Austin@fd.org>
**Subject:** RE: Meeting


Joe,

Thanks for reaching out. I would like another public defender if possible. We had discussed meeting earlier about this plea in April and so much time has passed. I think I would be better served with public defender that is not so busy preferable a woman if possible.

Thank you so much for your help and I look forward to hearing about the reassignment.

Thanks

Tiffany Brown

**From:** Joe Austin <Joe_Austin@fd.org>
**Sent:** Thursday, July 27, 2023 12:12 PM
**To:** Dr. Tiffany Brown <t.brown@tributecontracting.com>
**Subject:** Meeting

Hey Dr. Brown,

I wanted to check your availability next week to meet at my office to talk about your case. Alex Sistla emailed about a potential resolution of the case along the lines you and I talked about before, with a plea to theft of government property (maximum of ten years, no mandatory minimum) and the other charges being dismissed.

At this point I'm free any time except Wednesday afternoon and Friday. Let me know if you'll be available and what days/times would work best.

Thanks,

Joe

Joe Austin

Staff Attorney
Federal Defender Program, Inc.
101 Marietta Street, NW, Suite 1500
Atlanta, Georgia 30303
Office: (404) 688-7530
Fax: (404) 688-0768

Joe_Austin@fd.org

Exhibit B

## Dr Tiffany Brown

| | |
|---|---|
| **From:** | Nichole Adams <nicholembadams@gmail.com> |
| **Sent:** | Friday, October 11, 2024 7:59 PM |
| **To:** | Dr Tiffany Brown |
| **Subject:** | Re: Final Statement (Dr. Tiffany Brown Lies) |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Flagged |

Tiffany,

I have spoken to the AUSA on your case. They want every text message and screenshot of you promise to pay to add to character reference. They also asked would I be willing to be a witness to your character. Also, have informed me to file a police report here in New York.

From one black girl to another is this what you want? Why haven't you paid me my money? Why would you be ok with my name being ran through the mud? This was a big fail for me. Is this ok?

As I am I sharing with you about what the AUSA is saying, why couldn't you be honest with me?

Are you still sure you don't want to even make a payment?

All the Best,
Nichole Adams


> On Sep 23, 2024, at 7:10 PM, Nichole Adams <nicholembadams@gmail.com> wrote:
>
>
> Tiffany,
>
> I would never put my family or my career on the line for you to have a "scare". You don't have a solution because you have been lying horribly for 4 weeks
>
> There is no settlement. I expect $8,250. If you would like to make a mends in front of your sorority, church and others you can do so here.
>
> You spoke to me this week via email about black women working together as you told me you would pay the next day. I believed what you said and told you that I would like speak with you once your invoice was paid and you still lied.
>
> What a way to work!
>
> Thank you 🙏

1

| | |
|---|---|
| **From:** | Nichole Adams <nicholembadams@gmail.com> |
| **Sent:** | Sunday, October 13, 2024 8:55 AM |
| **To:** | Dr Tiffany Brown |
| **Cc:** | amaloney tiffanycbrown.com; dalston@spelman.edu; nbarrett@aka1908.com; exec@aka1908.com; Communications@cascadeumc.org; web@ngumc.org; jason.mann@oig.dhs.gov; jessica.morris3@usdoj.gov; alex.sistla@usdoj.gov; joe_austin@fd.org; Decisive Details; Stephanie Nelson |
| **Subject:** | Re: Follow Up/ Dr. Tiffany Brown |

Tiffany,

I have copied AUSA Alex Sistla and Jessica Morris, and all other parties who bear witness to your deceptive practices on this message to ensure accountability, clarity and transparency regarding this matter.

 Joe!

First, I must correct the false statement in your email regarding my character. I do not have a criminal history, and your attempt to assassinate my character by making such accusations is both inappropriate and unfounded. Considering the nature of this dispute, I find it necessary to remind you that you are the one responsible for fulfilling your financial obligations in this matter.

Additionally, I would like to correct the payment amount. The total amount due for your cancellation fee is $8,250, not $6,250, as you indicated. I expect that the full and accurate amount will be resolved by the agreed-upon date of October 26th.

I have all your communication as does the prosecution, and will move forward with filing a police report of this matter in New York - prior to your December court date.

Please ensure that all further communication remains respectful and fact-based.

P.S. I am aware that you BCC'd individuals to make yourself look good. I have CC'd so they know I have nothing to lie about.

Please see all untruthful text of paying.

## Dr. Tiffany Brown

**From:** Dr. Tiffany Brown
**Sent:** Thursday, July 11, 2024 3:31 PM
**To:** Estrell Young III
**Cc:** Joe Austin; Allison Dawson
**Subject:** FW: Follow up
**Attachments:** IRS Refund Account 2023.pdf

-----Original Message-----
From: Dr Tiffany Brown
Sent: Wednesday, July 10, 2024 3:05 PM
To: Estrell Young III <Estrell_Young@fd.org>
Cc: Joe Austin <Joe_Austin@fd.org>; Allison Dawson <Allison_Dawson@fd.org>
Subject: Follow up

Estrell, Joe and Allison,

As promised, I am attaching the information regarding my tax refund check. If you can file a motion of continuance to give time for the check to arrive so that I can hire a trial attorney.

Thanks

Tiffany

 **IRS**

# Refund status

## Tax year 2023



Return Received ⑦     Refund Approved ⑦  **Refund Sent** ⑦

Your refund was mailed on June 24, 2024. If you do not receive your refund, please wait until **July 22, 2024** to contact us as we are unable to take any further action until then.

### Your personal tax information

| | |
|---|---|
| **Tax Year** | 2023 |
| **Filing Status** | Single |
| **Social Security number** | xxx-xx-2948 |
| **Refund date** | June 24, 2024 |

SELECT ANOTHER YEAR

Exhibit C

OMB No. 1610-0001 Expiration Date: 4/30/2027

## DEPARTMENT OF HOMELAND SECURITY
## INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION
*(Use this form for original complaints and amendments.)*

**FOR OFFICIAL USE ONLY**

DEPARTMENT CASE NUMBER

FILING DATE

## PART I COMPLAINANT IDENTIFICATION

| | |
|---|---|
| 1. NAME *(Last, First, Middle Initial)*<br><br>Brown, Tiffany C | 5. NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK *(If a Department of Homeland Security Employee)* |
| 2. TELEPHONE *(Include Area Code)* AND EMAIL | Bureau or Component |
| Home<br>(678) 913-7787    Work<br>(404) 832-0371 | |
| Email Address<br>t.brown@tributecontracting.com | Office and Organizational Unit |
| Alternate Email Address<br>t.brown@tributecontracting.com | Street Address |
| 3. HOME ADDRESS *(You must notify the Department of any change of address while complaint is pending, or your complaint may be dismissed.)*<br><br>958 Rittenhouse Way SE<br>Atlanta, GA 30316 | City      State    Zip Code |

6. EMPLOYMENT STATUS IN RELATION TO THIS COMPLAINT

☒ Applicant    ☒ Probationary    ☒ Career/Career Conditional

☐ Uniformed Service Member

| | |
|---|---|
| 4. IF YOU ARE A CURRENT OR FORMER EMPLOYEE OF THE FEDERAL GOVERNMENT, LIST YOUR RECENT TITLE, SERIES, AND GRADE. | ☐ Former Employee/Member<br><br>_____<br>Date Left Department |
| Title<br><br>Policy Analyst (unrelated to case) | ☐ Retired<br><br>_____<br>Date of Retirement |
| Series      Grade<br>GS          09 | ☒ Other (Specify)   FEMA government Contractor |

7. I certify that all statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

| SIGNATURE OF COMPLAINANT OR ATTORNEY REPRESENTATIVE | DATE<br><br>10/23/2024 |
|---|---|

## PART II DESIGNATION OF REPRESENTATIVE

8. YOU MAY REPRESENT YOURSELF IN THIS COMPLAINT OR YOU MAY CHOOSE SOMEONE TO REPRESENT YOU. YOUR REPRESENTATIVE DOES NOT HAVE TO BE AN ATTORNEY. YOU MAY CHANGE YOUR DESIGNATION OF A REPRESENTATIVE AT A LATER DATE, BUT YOU MUST NOTIFY THE DEPARTMENT IMMEDIATELY IN WRITING OF ANY CHANGE, AND YOU MUST INCLUDE THE SAME INFORMATION REQUESTED IN THIS PART.

**"I hereby designate** *(Please Print Name)* _____ **to serve as my**

**representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."**

Is the representative an attorney?    ☒ YES    ☒ NO

| 9. REPRESENTATIVE'S MAILING ADDRESS<br>FIRM/ORGANIZATION | 10. REPRESENTATIVE'S EMPLOYER *(If Federal Agency)* |
|---|---|
| STREET ADDRESS | 11. REPRESENTATIVE'S TELEPHONE *(Include Area Code)*/EMAIL<br>Telephone      Email Address |
| CITY, STATE, & ZIP CODE | 12a. COMPLAINANT'S SIGNATURE      12b. DATE |

## PART III ALLEGED DISCRIMINATORY ACTIONS

| 13. NAME OF PERSON OR DHS COMPONENT WHO TOOK THE ACTION AT ISSUE. FEMA Mission Support | 14. ARE YOU WILLING TO PARTICIPATE IN MEDIATION OR OTHER AVAILABLE TYPES OF ALTERNATIVE DISPUTE RESOLUTION TO RESOLVE YOUR COMPLAINT? |
|---|---|
| ORGANIZATION FEMA | ■ YES    ■ NO |
| STREET ADDRESS 500 C Street SW | |
| CITY, STATE, & ZIP CODE Washington DC 20474 | |

15. **A.** Describe the action taken against you that you believe was discriminatory.

   **B.** Give the date when the action occurred, and the name of each person responsible for the action.

   **C.** Describe how you were treated differently from other employees, applicants, or members for any of the reasons listed in Item 16.

   **D.** Indicate what harm, if any, came to you in your work situation as a result of this action. (You may, but are not required to, attach extra sheets.)

   **E.** If the basis of your complaint is based on parental status, use this form, but your complaint is not statutorily based and will follow separate, parallel process.

   Please see attached sheet

16. Mark below **ONLY** the bases you believe were relied on to take the actions described in Item 15.

| | |
|---|---|
| ☐ RACE (Specify) | ☐ AGE (Year of Birth) |
| ☐ COLOR (Specify) | ☐ PHYSICAL OR MENTAL DISABILITY (Describe) |
| ☐ RELIGION (Specify) | |
| ☐ NATIONAL ORIGIN (Specify) | ☐ RETALIATION/REPRISAL (Dates of Prior EEO Activity) |
| ■ SEX (Specify) Female | ☐ GENETIC INFORMATION |
| ☐ Pregnancy  ■ Gender Identity  ☐ Sexual Orientation | ☐ PARENTAL STATUS |

17. WHAT REMEDIAL OR CORRECTIVE ACTION ARE YOU SEEKING TO RESOLVE THIS MATTER

Case 1:22-cr-00359-TWT-JEM-1 dismissal, financial settlement

18. ON THIS SAME MATTER, HAVE YOU FILED A GRIEVANCE OR APPEAL UNDER:

| | YES | NO |
|---|---|---|
| Negotiated grievance | ☐ YES | ■ NO |
| Agency grievance procedure | ☐ YES | ■ NO |
| Merit Systems Protection Board appeal procedure | ☐ YES | ■ NO |

If you filed a grievance or appeal, provide date filed, case number, and present status.

## PART IV CONTACT

**EEO/EO Counseling is not required if you are requesting amendment of an existing, open complaint.**
**Complete items 24 and 25, even if you did not contact a counselor.**

| 19. DATE YOU CONTACTED AN EEO COUNSELOR | 20. NAME AND TELEPHONE NUMBER OF EEO COUNSELOR |
|---|---|
| 10/11/2024 | Name: Pamela Brown   Phone: (202) 718-9565 |
| 21. DID YOU DISCUSS ALL ACTIONS RAISED IN ITEM 15 WITH AN EEO COUNSELOR? (If NO, explain on attached sheet) | 22. DATE YOU RECEIVED YOUR "NOTICE OF RIGHT TO FILE" |
| ■ YES    ■ NO | 10/23/2024 |
| 23. IF YOU ARE REQUESTING AMENDMENT OF AN EXISTING, OPEN, FORMAL COMPLAINT (OR PROVIDING ADDITIONAL EVIDENCE), INDICATE THE COMPLAINT CASE NUMBER OF THAT COMPLAINT. | |
| 24. DATE OF MOST RECENT DISCRIMINATORY EVENT | 25. DATE YOU FIRST BECAME AWARE OF THE ALLEGED DISCRIMINATION |
| 10/13/2024 | 08/15/2024 |

## DEPARTMENT OF HOMELAND SECURITY

### DHS FORM 3090-1, INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION FORM INSTRUCTIONS

#### (Read the following instructions carefully before you complete this form.)

#### (Please complete all items on the complaint form.)

**GENERAL:** This form should be used only if you, as an applicant for employment with the Department of Homeland Security (DHS), or as a present or former Department of Homeland Security employee:

1. believe you have been discriminated against because of your **race, color, religion, sex** (including pregnancy, gender identity, and sexual orientation)**, national origin,** age (40 years or older at the time of the event giving rise to your claim), **physical or mental disability**, **genetic information** or in **reprisal** for opposition to activities protected by civil rights statutes, or participation in proceedings to enforce those statutes; **or**

2. believe you have been discriminated against because of your **parental status.** Your claim is not covered under statutory basis, but will be processed under a parallel procedure, **and**

3. have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor giving rise to your claim, or when first becoming aware of the alleged discrimination. If you are amending or providing additional evidence to an existing open complaint, the form should be used, but EEO counseling is not required.

**IMPORTANT NOTE:** In certain situations, the information provided in Part III of the attached complaint form may be used in lieu of an affidavit in the investigation of your complaint. Accordingly, the information you provide in this part should be brief, clear, and complete.

**WHEN TO FILE:** In accordance with 29 CFR 1614.106, your formal complaint must be filed within **15 calendar days** of the date you received the "Notice of Right to File a Discrimination Complaint" from your EEO Counselor. You must sign and date your complaint. If you are represented **by an attorney**, the attorney may sign the complaint on your behalf.

These time limits may be extended:

1) if you show that you were not notified of the time limits and were not otherwise aware of them, **or**

2) if you were prevented by circumstances beyond your control from submitting the matter within the time limits, **or**

3) for other reasons considered sufficient by the Department.

**REPRESENTATION:** You may have a representative of your own choosing at all stages of the processing of your complaint. However, your representative will be disqualified if such representation would conflict with the official or collateral duties of the representative. No EEO Counselor, EEO Investigator or EEO Officer may serve as a representative. (Your representative need not be an attorney, but only an attorney representative may sign the complaint on your behalf.)

**WHERE TO FILE:** In accordance with 29 CFR 1614.106(c), your written complaint must be signed by you or your attorney. The complaint should be filed with the EEO Director of the Department of Homeland Security component where the alleged discrimination occurred. (Filing instructions are contained in the "Right to File" form, which was provided by your Counselor.) Keep a copy of the completed complaint form for your records.

# PRIVACY ACT STATEMENT

1. **FORM/TITLE/DATE:** Department of Homeland Security (DHS) DHS Form 3090-1, **Individual Complaint of Employment Discrimination** with the Department of Homeland Security.

2. **AUTHORITY:** 42 USC 2000e; 29 USC 633a; 29 USC 791; 5 USC 1303 and 1304; 5 CFR 5.2 and 5.3; 29 CFR 1614.105 and 1614.107; and Executive Order 11478, as amended.

3. **PRINCIPAL PURPOSES:** The purpose of this complaint form, whether recorded initially on the form or taken from a letter from the Complainant, is to record the filing of a formal written complaint of employment discrimination with the Department of Homeland Security on the grounds of race, color, religion, sex (including pregnancy, gender identity, and sexual orientation), national origin, age, physical or mental disability, protected genetic information, parental status or retaliation. Information provided on this form will be used by DHS to determine whether the complaint was timely filed and whether the allegations in the complaint are within the purview of 29 CFR Part 1614, to provide a factual basis for investigation of the complaint, and to reach a decision on the complaint. It also records an amendment or additional evidence to an open, pending complaint.

4. **ROUTINE USES:** Other disclosures may be:

   a. to respond to a request form from a Member of Congress regarding the status of the complaint or appeal;

   b. to respond to a court subpoena and/or to refer to a district court in connection with a civil suit;

   c. to disclose information to authorized officials or personnel to adjudicate a complaint or appeal; or

   d. to disclose information to another Federal agency or to a court or third party in litigation when the Government is party to a suit before the court.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY, AND EFFECT OF NOT PROVIDING INFORMATION:** Formal complaints of employment discrimination must be in writing, signed by the Complainant (or attorney representative), and must identify the parties and action or policy at issue. Failure to comply may result in the Department of Homeland Security dismissing the complaint. It is not mandatory that this form be used to provide the requested information.

# OMB STATEMENT

In accordance with the Paperwork Reduction Act, no persons are required to respond to a collection of information unless it displays a valid OMB Control Number. The valid OMB Control Number for this information collection is 1610-0001. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Tiffany Brown
958 Rittenhouse Way SE
Atlanta, GA 30316
678-913-7787
t.brown@tributecontracting.com

Date: October 23, 2024

Office of Rights (OR)
ATTN: Angela McGonigal, EEO Chief
Federal Emergency Management Agency (FEMA)
U.S. Department of Homeland Security
500 C Street, SW 4 Floor 4SW-0915
Washington, DC 20472-3535

Subject: Formal Complaint of Gender Discrimination

Dear Angela McGonigal,

I am submitting this formal complaint of gender discrimination under Title VII of the Civil Rights Act of 1964. Below, I provide details of the discriminatory actions taken against me and request that the Equal Employment Opportunity Commission investigate the matter and take appropriate action.

### -Complainant Information:

Name: Tiffany C. Brown
Position/Job Title: CEO
Employer: Tribute Contracting LLC
Work Address: 1201 West Peachtree St Suite 2300, Atlanta, GA 30308
Phone Number: 404-832-0371

### Allegations:

I am a female employee and CEO of Tribute Contracting LLC and have been a contractor with the Federal Emergency Management Agency (FEMA) since 2013 until 2017. During my employment, I have been subjected to gender discrimination that has negatively impacted my working conditions, including opportunities for promotion, compensation, and workplace environment.

### Incident Details:

I was awarded the HSFE70-17-R-MARIAMEALS Contract on October 3, 2017. However, it was canceled on October 19, 2017, without allowing me to address the issues in a 24-hour cure notice, as required by law. I promptly filed a complaint with the DHS OIG investigation, expressing my concerns about the cancellation's impact on my suppliers and my business on October 26th and November 11th, 2017. On December 12, 2017, I also emailed DHS Secretary Kirstjen Nielsen and FEMA Administrator William Long about this contract.

I later found that I was discriminated against due to my gender in this contract. I was the only contractor who was not allowed to extend my contract to deliver on time. None of my counterparts were able to deliver the entire contract on time. However, they were allowed to extend their contract for months or years, while I was given only 30 days. All the other contractors were men. In some cases, they were less experienced. I believe that Carolyn Ward and I were both victims of gender discrimination, a scheme to discredit us and give more

1

contracts and promotion opportunities to men. See the attached information about the other vendors regarding this case.

## Retaliation:

Unfortunately, the DHS OIG investigation concluded that the cancellation was justified, leading to an indictment and an upcoming trial set for October 28, 2024. The date has been changed to December 9. My case number is 1:22-cr-00359-TWT-JEM-1. I strongly believe that this is a direct retaliation for my efforts to seek a review of the contract cancellation. I have faced humiliation and damage to my reputation as a result of these events. I am facing jail time because I dared to ask for assistance. The reasons for this campaign and the methods used should be deeply troubling to everyone. **If it can happen to me, it can happen to you.**

## Retaliation Update:

I want to document the events related to my EEO complaint. On October 9, 2024, I received a response to my EEO complaint had my initial interview, and signed the official forms for informal counseling. The next day, October 10, 2024, my EEO Counselor, Pamela Brown, asked for additional people of interest and I provided the information on October 11, 2024.

As for my current job, I work as a clothing designer and have been facing some challenges. I had to cancel my New York Fashion Show due to catching strep throat and other issues. This upset a lot of vendors, including my Public Relations vendor, who became aggressive. I received an email from them on the evening of October 11th, stating that they had spoken to the AUSA about my case, and they requested text messages and screenshots of my promise to pay to use as a character reference. They also mentioned filing a police report in New York. (see Exhibit A)

I found it odd that they involved the AUSA in what is a civil matter. When I responded to their erratic behavior, the Vendor cc'd my AUSAs, my federal public defender, and the Office of Inspector General investigator Department Homeland Security Jason Mann. I also noted that it was strange for the investigator to be included and questioned how they obtained his email address. While attorneys' emails are public records, investigators' emails are not. I suspect this could be an act of retaliation by the Office of Inspector General investigator Department Homeland Security and Northern District of US Attorney.

## Impact:

Both Carolyn Ward and I were victims of the glass cliff. Even DHS Secretary Kirstjen Nielsen is a victim as well. The glass cliff is a term used to describe a phenomenon in which women and individuals from underrepresented groups are more likely to be appointed to leadership positions in organizations during times of crisis, instability, or poor performance. These leadership roles are often precarious or high-risk, with a higher likelihood of failure. As a result, these individuals are more exposed to blame if the organization continues to struggle or fails, even though the situation may have been dire before they took the position. The term "glass cliff" was coined in 2004 by researchers Michelle Ryan and Alex Haslam at the University of Exeter in the UK. Their research showed that women are more likely to be appointed to positions of power

during times of company downturns, which put them at a greater risk of failure and subsequent career damage.[1]

The Glass Cliff has the following attributes:

• High-Risk Leadership Positions: Women and minority leaders are often placed in leadership roles when the organization is already facing challenges (e.g., declining profits, public relations crises, or internal turmoil). These are roles where success is harder to achieve, and failure is more likely.

• Heightened Scrutiny: Once in these positions, women and minorities may face greater scrutiny than their male or majority counterparts, and their actions may be judged more critically, contributing to higher pressure and an increased risk of blame if things go wrong.

• Double Bind: Even when women or minority leaders succeed in stabilizing or turning around an organization, they often face the double bind—a situation where they are criticized for being either too soft or too aggressive, regardless of their approach.[2]

• After a period of crisis, organizations may replace their leaders with more traditional leaders, typically white men, under the assumption that the challenging times are over and a more stable leader is required[3] concept has been well-researched in sociology and organizational behavior, it has not been widely litigated or explicitly addressed in case law, but it may intersect with other legal frameworks, particularly relating to discrimination, wrongful termination, or gender-based claims.

Legal theories that could apply to glass cliff cases include:
1. Gender Discrimination (Title VII of the Civil Rights Act)
   o This prohibits employment discrimination based on race, color, religion, sex, or national origin. If a woman or minority is placed in a precarious leadership position and then unfairly blamed or removed from that position after the organization continues to struggle, they could argue that the decision to place them in the role was motivated by discriminatory reasons.
2. Wrongful Termination
   o If a woman or minority leader placed in a glass cliff situation is fired after the company fails to improve, despite efforts made under difficult circumstances, they could potentially file a wrongful termination lawsuit, arguing that they were set up to fail or fired under unfair terms compared to others.
3. Retaliation Claims
   o If a leader was placed in a challenging role and then faced retaliation for exposing the precarious situation or pushing back against the risks imposed on them, they could file a retaliation claim under employment statutes[4]

[1]Kulich, Clara & Lorenzi-Cioldi, Fabio & Iacoviello, Vincenzo & Faniko, Klea & Ryan, Michelle. (2015). Signaling Change During a Crisis: Refining Conditions for the Glass Cliff. Journal of Experimental Social Psychology. 61. 96-103. 10.1016/j.jesp.2015.07.002.)

[2]Kulich, Clara & Lorenzi-Cioldi, Fabio & Iacoviello, Vincenzo & Faniko, Klea & Ryan, Michelle. (2015). Signaling Change During a Crisis: Refining Conditions for the Glass Cliff. Journal of Experimental Social Psychology. 61. 96-103. 10.1016/j.jesp.2015.07.002.)

[3], Kulich, Clara & Lorenzi-Cioldi, Fabio & Iacoviello, Vincenzo & Faniko, Klea & Ryan, Michelle. (2015). Signaling Change During a Crisis: Refining Conditions for the Glass Cliff. Journal of Experimental Social Psychology. 61. 96-103. 10.1016/j.jesp.2015.07.002.)

[4]S. Alexander Haslam and Michelle K. Ryan, "The Road to the Glass Cliff: Differences in the Perceived Suitability of Men and Women for Leadership Positions in Succeeding and Failing Organizations," The Leadership Quarterly 19, no. 5 (2008): 530–546, https://doi.org/10.1016/j.leaqua.2008.07.011.

Although specific glass cliff cases may not be named, some cases involve leaders in high-risk or crisis positions where gender and discrimination play a central role:

1. 1. Smith v. City of Jackson, Mississippi (2005)
   - ○ While not a glass cliff case, it demonstrated how courts interpret disparate treatment and impact in employment decisions, which could be used in a glass cliff scenario where a minority or female leader faces termination.

2. Hicks v. Gates Rubber Co. (1992)
   - ○ This case involved a gender-based hostile work environment claim and highlighted how gender bias in decision-making can be a factor in promotions, assignments, and ultimate outcomes in leadership roles.

3. Lopez v. Massachusetts (2011)
   - ○ In this case, a female police officer sued under Title VII for gender discrimination after being removed from a prestigious position during a departmental crisis.[5]

FEMA has faced several cases and controversies involving gender discrimination, sexual harassment, and retaliation.

Here are some notable FEMA gender discrimination cases and issues:

In 2018, an internal investigation at FEMA revealed widespread sexual harassment, retaliation, and gender discrimination against female employees by senior male officials within the agency. The focus of the investigation was on FEMA's Human Resources Division, where women reported inappropriate sexual advances, coercion, and a hostile work environment. As a result, policies were established to prevent harassment and improve workplace culture, and several FEMA officials resigned or were terminated.

Following the internal investigation, several women filed complaints with the Equal Employment Opportunity Commission (EEOC) against FEMA, alleging gender-based discrimination and retaliation[6] Complaints emphasized the need for FEMA to address systemic gender discrimination and harassment within its workforce.

In "DeMoss v. FEMA" (2015) a female FEMA employee filed a lawsuit alleging gender discrimination, claiming she was passed over for promotions and given unfavorable assignments compared to her male counterparts. These complaints are part of a broader trend of complaints about FEMA's workplace culture being discriminatory against women.

In 2019, a FEMA employee (referred to as Jane Doe) filed a lawsuit claiming that she had been sexually assaulted by a senior official at FEMA. The lawsuit drew attention to the agency's policies and practices regarding sexual harassment, leading to calls for systemic reform.

Additionally, FEMA employees alleged that they experienced retaliation after reporting instances of gender discrimination, including adverse actions such as demotion, denial of promotions, and creating a hostile work environment, after they filed a complaint or engaged in protected activities.

---

[5]Susanne Bruckmüller and Nyla R. Branscombe, "The Glass Cliff: When and Why Women Are Selected as Leaders in Crisis Contexts," *British Journal of Social Psychology* 49, no. 3 (2010): 433–451, https://doi.org/10.1348/014466609X466594.

[6]Equal Employment Opportunity Commission (EEOC) v. FEMA, *EEOC Charge No. 570-2015-00594* (2016). This involved a class action lawsuit where female employees alleged widespread gender discrimination within FEMA, including lack of promotion and hostile work environments.

Regarding government contracts, some contractors have sued FEMA for wrongful termination and unfair treatment. These cases often result in settlements or arbitration, with contractors seeking compensation for lost profits or unpaid invoices.

A similar case is connected to the Hurricane Sandy housing contract. After Hurricane Sandy in 2012, FEMA awarded contracts to several companies to provide housing assistance to affected residents. Some contractors later sued FEMA, alleging that their contracts were terminated without cause or that they were unfairly blamed for delays and failures in service delivery. These cases often result in settlements or arbitration, with contractors seeking compensation for lost profits or unpaid invoices.

I would be the first government contractor with a large contract to bring a complaint, but I believe there are other victims of this unfair treatment. Decisions made by governments and authorities have worsened the situation for women. All people are entitled to fair due process, including women. I have been utterly humiliated, and my character has been tarnished. I am financially struggling, and I am facing prison time. I have stayed quiet to wait for my day in court; however, I have realized I need to speak my truth and request that this doesn't happen to anyone else.

**Relief Sought:**

I am seeking the following remedies:

1. A comprehensive investigation into gender discrimination and retaliatory practices at the Federal Emergency Management Agency.
2. Compensation for the lost contract due to discrimination.
3. Dismissal of my criminal case 1:22-cr-00359-TWT-JEM-1 with prejudice
4. Reinstatement of the ability participate in procurement activities and all disbarment removed from my record
5. Implementation of policies and training to prevent future gender-based discrimination.

Please inform me if any additional information or documentation is required to process this complaint. Thank you for your time and attention to this matter.

Sincerely,

**Tiffany Brown, PhD, MPA**

# Exhibit A

## Dr Tiffany Brown

| | |
|---|---|
| **From:** | Nichole Adams <nicholembadams@gmail.com> |
| **Sent:** | Friday, October 11, 2024 7:59 PM |
| **To:** | Dr Tiffany Brown |
| **Subject:** | Re: Final Statement (Dr. Tiffany Brown Lies) |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Flagged |

Tiffany,

I have spoken to the AUSA on your case. They want every text message and screenshot of you promise to pay to add to character reference. They also asked would I be willing to be a witness to your character. Also, have informed me to file a police report here in New York.

From one black girl to another is this what you want? Why haven't you paid me my money? Why would you be ok with my name being ran through the mud? This was a big fail for me. Is this ok?

As I am I sharing with you about what the AUSA is saying, why couldn't you be honest with me?

Are you still sure you don't want to even make a payment?

All the Best,
Nichole Adams

> On Sep 23, 2024, at 7:10 PM, Nichole Adams <nicholembadams@gmail.com> wrote:

> Tiffany,

> I would never put my family or my career on the line for you to have a "scare". You don't have a solution because you have been lying horribly for 4 weeks

> There is no settlement. I expect $8,250. If you would like to make a mends in front of your sorority, church and others you can do so here.

> You spoke to me this week via email about black women working together as you told me you would pay the next day. I believed what you said and told you that I would like speak with you once your invoice was paid and you still lied.

> What a way to work!

> Thank you ••

1

## Dr Tiffany Brown

| | |
|---|---|
| **From:** | Nichole Adams <nicholembadams@gmail.com> |
| **Sent:** | Sunday, October 13, 2024 8:55 AM |
| **To:** | Dr Tiffany Brown |
| **Cc:** | amaloney tiffanycbrown.com; dalston@spelman.edu; nbarrett@aka1908.com; exec@aka1908.com; Communications@cascadeumc.org; web@ngumc.org; jason.mann@oig.dhs.gov; jessica.morris3@usdoj.gov; alex.sistla@usdoj.gov; joe_austin@fd.org; Decisive Details; Stephanie Nelson |
| **Subject:** | Re: Follow Up/ Dr. Tiffany Brown |

Tiffany,

I have copied AUSA Alex Sistla and Jessica Morris, and all other parties  who bear witness to your deceptive practices on this message to ensure accountability, clarity and transparency regarding this matter.

•• Joe!

First, I must correct the false statement in your email regarding my character. I do not have a criminal history, and your attempt to assassinate my character by making such accusations is both inappropriate and unfounded. Considering the nature of this dispute, I find it necessary to remind you that you are the one responsible for fulfilling your financial obligations in this matter.

Additionally, I would like to correct the payment amount. The total amount due for your cancellation fee is $8,250, not $6,250, as you indicated. I expect that the full and accurate amount will be resolved by the agreed-upon date of October 26th.

I have all your communication as does the prosecution, and will move forward with filing a police report of this matter in New York - prior to your December court date.

Please ensure that all further communication remains respectful and fact-based.

P.S. I am aware that you BCC'd individuals to make yourself look good. I have CC'd so they know I have nothing to lie about.

Please see all untruthful text of paying.

1

# Timeline of Events of Possible Retaliation



**10/9/24**
Email Response EEO from FEMA and assigned an Counselor Pamela Brown

**10/10/24**
Conducted my initial interview with EEO Counselor Pamela Brown and started the informal counselling process. The Department in question is notified

**10/11/24**
Morning- Provide additional documentation related to my discrimination case
Evening- An email arrived from Nichole Bess stated the advisement of AUSA

**10/12/24**
I responded with to email dated 10/11/24 from Nichole Bess

**10/13/2024**
I received an email from Nichole Bess with all AUSA and investigator from Inspector General Office cc on the email

# FEMA Persons of Interest Organizational Chart related to Gender Discrimination



Brock Long-Administrator for FEMA (now at Hagerty Consulting)

David Bibo , Acting Administrator for Policy Analysis (possibly worked Chief Operating Officer at Hanna Brothers now at McKinsley Consulting)

Bobby McCane Chief Procurement Officer (Still at FEMA, same role)

Lester L Ingol Deputy Chief Procurement Officer (Still at FEMA as Assistant Administrator, Office of Business Management)

Michael Cameron, Principal Deputy Chief Counsel, Operations (Still at FEMA)

Issac L Chapple, Contracting Officer (Still at FEMA)

**New Victim:** Cynthia Spishak, Acting Deputy Associate Administrator for Response and Recovery. (Carolyn Ward's Boss) Currently: Associate Administrator for the Office of Polic and Program Analysis (still at FEMA)

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

         Home    My Network    Jobs    Messaging    Notifications    Me ▾   For Business ▾   Post



## Isaac Chapple · 3rd

Contract Specialist at Federal Emergency Management Agency


FEMA
• Federal Emergency Management Agency


UMGC
• University of Maryland University College

Washington, District of Columbia, United States · **Contact info**

**228 connections**

**Message**   **≗+ Connect**   **More**

---

## Activity
228 followers

**Isaac Chapple** commented on a post • 1mo

Congrats Eric T.!

Show all comments →

---

## Experience


FEMA
**Contract Specialist**
Federal Emergency Management Agency
Oct 2010 - Present · 14 yrs 1 mo

Performs contract pre-award work to secure contracts for the acquisition of goods and services and ensures that procurements are obtained   ...see more

---

## Education


UMGC
**University of Maryland Global Campus**
Master of Business Administration (M.B.A.), Business Administration and Management, General
2005 - 2007


USA
University of South Alabama
Bachelor of Science, Marketing
1996 - 2002

Show all 3 educations →

---

## Interests

● Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**



**FEMA**
490,556 followers

( + Follow )

University of Maryland Global Campus
269,597 followers

( + Follow )

Show all companies →

Ad •••
Double your impact and boost your reach with a
multichannel strategy.

 

Up to a 58% higher CTR with Email +
SMS together

( SignUp )

**More profiles for you**


**Jeffrey Orr** · 3rd
Leader dedicated to delivering transformation in Healthcare.

( View profile )


C J Johnson · 3rd
IT Portfolio Manager

( View profile )


Dennis Clements · 3rd
FEMA
Section Chief, Disaster Acquisition Response Team—ATL

( View profile )


David Bailey · 3rd
Contract Specialist at FEMA

( View profile )


Amy Kass · 3rd
Volunteer Coordinator at Court Watch Montgomery

( View profile )

Show all

**People you may know**
From Isaac's school


**Mario Reyes**
Author | Keynote | Poet | Chief Operating Officer at Manifest Destiny Inc.

( ▲+ Connect )

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**



**&+ Connect**

**Jameka Pankey (She/Her)**
Head of Events and Experiential for Artist- Amazon Music

**&+ Connect**

**Lisa Abell**
Senior Executive in Operations

**&+ Connect**

**Theresa Holder** 🔗
Habitual Friend Maker, Dot Connector, Out of the Box Thinker and overall
Curiously Positive Influencer

**&+ Connect**

Show all

**You might like**
Pages for you

**Centers for Disease Control and Prevention**
Government Administration
2,157,591 followers

29 connections follow this page

**+ Follow**

**Mogul**
Musicians
844 followers

**+ Follow**

Show all