U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00595)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 1 3 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:22-CR-0359-TWT-JEM
SUPERSEDING

MAGISTRATE CASE NO.

X Indictment
DATE: November 13, 2024

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
TIFFANY BROWN

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 1:22-CR-0359-TWT-JEM

Date Filed: September 27, 2022

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody? No
Is the defendant in custody on this charge or other convictions? No
Is the defendant awaiting trial on other charges? Yes, from original indictment. Trial scheduled for 12/9/2024.

Other charges:

Counts 1-11 Title 18, United States Code, Section 1040(a)(2), (b)(1), & (b)(3)
Counts 12-25 Title 18, United States Code, Section 1343
Count 26 Title 18, United States Code, Section 641
Count 27–29 Title 18, United States Code, Section 1957

Will the defendant require an interpreter? No

District Judge: Thomas W. Thrash

Attorney: Alex Sistla
Defense Attorney: