IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**TIFFANY BROWN** | First Superseding<br>Criminal Action No.<br><br>1:22-CR-359-TWT-JEM |

**PROPOSED VERDICT FORM**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Alex R. Sistla and Jessica C. Morris, Assistant United States Attorneys, hereby submits the following proposed verdict form.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*

ALEX R. SISTLA
   *Assistant United States Attorney*
Georgia Bar No. 845602
alex.sistla@usdoj.gov

JESSICA C. MORRIS
   *Assistant United States Attorney*
Georgia Bar No. 100907
jessica.morris3@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | First Superseding Criminal Action No. |
|---|---|
| *v.* | |
| TIFFANY BROWN | 1:22-CR-359-TWT-JEM |

**VERDICT**

1. As to Count 1 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

2. As to Count 2 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

3. As to Count 3 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

4. As to Count 4 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

5. As to Count 5 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____          Not Guilty _____

6. As to Count 6 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____          Not Guilty _____

7. As to Count 7 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____          Not Guilty _____

8. As to Count 8 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____          Not Guilty _____

9. As to Count 9 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____          Not Guilty _____

10. As to Count 10 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

11. As to Count 11 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

12. As to Count 12 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

13. As to Count 13 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

14. As to Count 14 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

15. As to Count 15 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

16. As to Count 16 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

17. As to Count 17 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

18. As to Count 18 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____     Not Guilty _____

19. As to Count 19 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

20. As to Count 20 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

21. As to Count 21 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

22. As to Count 22 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

23. As to Count 23 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

24. As to Count 24 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

25. As to Count 25 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

    Guilty _____          Not Guilty _____

26. As to Count 26 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

27. As to Count 27 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

28. As to Count 28 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

29. As to Count 29 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

30. As to Count 30 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

31. As to Count 31 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

32. As to Count 32 of the Indictment, we, the jury, unanimously find Defendant Tiffany Brown:

   Guilty _____       Not Guilty _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this _____ day of _____, 2025.

Foreperson's Signature: _____

Foreperson's Printed Name: _____