IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFANY BROWN,<br><br>Defendant. | CRIMINAL ACTION FILE<br>NO. 1:22-CR-00359-TWT-JEM |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 180] of the Magistrate Judge recommending dismissing the pro se Defendant's Motion to Vacate Sentence [Doc. 147 & 161] as premature given the pendency of her direct appeal. The Defendant does not deny that her motion is premature, but argues that it should not be dismissed because of the merits of her claims. The objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 147 & 161] is DENIED without prejudice.

SO ORDERED, this 20th day of August, 2026.

Thomas W. Thrash

THOMAS W. THRASH, JR.
United States District Judge